UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| TARIK MESSAAD, | ) | 3:15-CV-0582-MMD-VPC |
| | ) | |
| Plaintiff(s), | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | DATED: February 15, 2017 |
| | ) | |
| RENO JUSTICE COURT, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE
Deputy Clerk:       Lisa Mann           Court Reporter:       FTR
Counsel for Plaintiff(s):       Tarik Messaad
Counsel for Defendant(s):       Michael Large

PROCEEDINGS: CASE MANAGEMENT CONFERENCE

2:58 p.m.  Court convenes.

The Court addresses the parties regarding the purpose of this hearing and notes the parties filed the following documents:

#24 - Plaintiff's motion for leave to amend complaint,

#25 - Defendants' case management report,

#26 - Defendants' proposed discovery plan and scheduling order,

#27 - Plaintiff's proposed discovery plan and scheduling order,

#28 - Plaintiff's motion to strike defendants' proposed discovery plan and scheduling order,

#29 - Plaintiff's proposed case management and discovery plan,

#30 - Plaintiff's motion to strike defendants' case management report, and

#34 - Defendants' motion to stay discovery pending motion to dismiss or rescreening of the amended complaint.

Tarik Messaad v. Reno Justice Court, et al.
3:15-CV-0582-MMD-VPC
February 15, 2017
Page 2

      The Court explains for the benefit of the plaintiff, his responsibility to follow the Federal Rules of Civil Procedure and the Local Rules of the District of Nevada in prosecution of this action. In addition, the Court explains the purpose of a discovery plan and scheduling order and inquires of the parties the status of the exchange of initial disclosures.

      The Court inquires of plaintiff his position regarding his motion to strike defendants' proposed discovery plan and scheduling order (ECF No. 28) and his motion to strike defendants' case management report (ECF No. 30). The Court finds plaintiff's motions to strike (ECF No. 28) and (ECF No. 30) are DENIED.

      The Court hears from Mr. Large regarding the defendants' motion to stay discovery pending motion to dismiss or rescreening of the amended complaint (ECF No. 34). Mr. Messaad advises the Court he intends to file an opposition to this motion. Therefore, once the motion is fully briefed, the Court will issue a ruling.

      The Court advises counsel it will issue a ruling on plaintiff's motion for leave to amend complaint to include plaintiff's original 14th amendment claim (ECF No. 24).

      Therefore, the Court finds it will not issue a discovery plan and scheduling order at this time.

      In addition, the Court finds it will STAY the exchange of initial disclosures pending a ruling on plaintiff's motion for leave to amend complaint (ECF No. 24).

      The Court directs the parties to conduct themselves in a professional and courteous manner during the pendency of this litigation.

      IT IS SO ORDERED.

3:35 p.m.  Court adjourns.

                                              DEBRA K. KEMPI, CLERK

                                              By:      /s/
                                                 Lisa Mann, Deputy Clerk