UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

TARIK MESSAAD,

                Plaintiff,

v.

RENO JUSTICE CENTER, *et al.*,

                Defendants.

Case No. 3:15-cv-00582-MMD-VPC

Certification of Record Supplementation

    The Court certifies to the Ninth Circuit Court of Appeals that the record should be supplemented pursuant to Federal Rule of Appellate Procedure 10(e)(2)(b). The purpose of the supplement is to correct a material misstatement in two orders to assist the court of appeals in its review of the record and final decision. *See Davis v. United States*, 667 F.2d 822, 824 (9th Cir. 1982) ("The district court may act to assist the court of appeals in the exercise of its jurisdiction.") (internal citation omitted).

    The Court's two prior orders (ECF Nos. 6, 36) incorrectly assumed that Plaintiff Tarik Messaad had been convicted of the crime for which he was arrested when in fact the charge was pending at the initiation of this case. After the first order was issued, both parties submitted records which indicate that the charge was dismissed on October 11, 2016. (ECF No. 24 at 1; ECF No. 16-1 at 3.)

    The Clerk is directed to transmit this certification to the Ninth Circuit Court of Appeals.

    DATED THIS 7th day of June 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE